UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

SIMONTRAY BYRUM, et al.,

Plaintiffs,

v.                6:11-cv-11

GEORGIA DEPARTMENT OF CORRECTIONS, et al.,

Defendants.

This 1st day of November 2011.

_____
B. AVANT EDENFIELD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

## ORDER

After a careful *de novo* review of the record in this case, the Court concurs with the Magistrate Judge's Report and Recommendation ("R&R"), *see* Doc. 19, to which objections have been filed.

Plaintiffs' objection has no precedential basis. Defendants' seem to argue that even if they complete the grievance process, prisoner plaintiffs cannot exhaust administrative remedies unless they seek every possible remedy to their grievances. Neither objection has merit.

Accordingly, the R&R is adopted as the opinion of the Court. Defendants' Motion to Dismiss is ***GRANTED*** in part, ***DENIED*** in part. The claims filed by Plaintiffs Wiegel, Springer, Porter, Leslie, Kelley, Elliot, Cloud, Cameron, Brummitt, Wilkerson, Byrum, Harris, Rucker, Burtts, White, Jones, Weems, Osborne, and Yearta against Defendants are ***DISMISSED*** without prejudice. The claims filed by Plaintiffs Christopher Mabry, Avery Richard, Lanard Williams, and Cedric Caldwell remain pending.